### STAPLETON *et al. v.* HARTLEY *et al.*

GILBERT, J. 1. The evidence authorized the verdict, and the omission to give in charge to the jury certain concrete statements set out in the motion for a new trial is no cause for a reversal.

2. The ground of the motion based on the admission of evidence was not mentioned in the brief of counsel for the plaintiffs in error, and it will be treated as abandoned.

*Judgment affirmed. All the Justices concur, except George, J., disqualified.*
No. 323. DECEMBER 13, 1917.

Equitable petition. Before Judge Hammond. Jefferson superior court. April 7, 1917.

*Frank Hardeman, M. C. Barwick,* and *Hines & Jordan,* for plaintiffs in error. *W. L. Phillips* and *Evans & Evans,* contra.